# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JOSEPH PIGNATELLI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MSP RECOVERY, INC. F/K/A LIONHEART ACQUISITION CORP. II, JOHN H. RUIZ, CALVIN HAMSTRA, RICARDO RIVERA, OPHIR STERNBERG, JAMES ANDERSON, THOMAS BYRNE, THOMAS HAWKINS, ROGER MELTZER, ALEXANDRA PLASENCIA, FRANK C. QUESADA, BEATRIZ ASSAPIMONWAIT, and MICHAEL F. ARRIGO,

    Defendants.

Case No. 1:23-cv-23224-CMA

## DECLARATION OF MARCUS DAVIDE

I, MARCUS DAVIDE, declare as follows:

1. My name is Marcus Davide, and I am over eighteen (18) years of age and have personal knowledge of the facts contained in this declaration.

2. I am currently employed by MSP Recovery, Inc. ("MSP Recovery"), with a business address at 2701 S. Le Jeune Rd., Coral Gables, Florida 33134.

3. On August 28, 2023, at 10:42 a.m. I called the Florida Bar Hotline for Ethics and Advertising at 850-561-5760 to inquire whether an advertisement by the Rosen Law Firm, P.A. had received Florida Bar Approval prior to its dissemination. After speaking with a Florida Bar

employee named Nick, he transferred me to Pam Brown, of the Florida Bar's Advertising and Ethics division. I left Pam Brown a voicemail.

4. On August 28, 2023, at 11:06 a.m. Pam Brown returned my phone call.

5. I explained the disseminated advertisement by the Rosen Law Firm, P.A. and asked whether the advertisement had received approval from the Florida Bar prior to its dissemination.

6. Pam Brown searched the Florida Bar's records to confirm whether Laurence Rosen Esq., Phillip Kim, Esq., or the Rosen Law Firm P.A. had obtained prior approval.

7. Pam Brown's search of Florida Bar records yielded the following results:

   i. Laurence Rosen, Esq. last obtained Florida Bar approval for an advertisement in 2010;

   ii. Phillip Kim, Esq. (who is identified as the "case attorney" in the advertisement) has never obtained Florida Bar approval for an advertisement; and

   iii. a search of the Rosen Law Firm, P.A. yielded no results.

8. I hereby swear and affirm that the foregoing is true, accurate and correct to the best of my knowledge, information and belief and declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2023 in Miami, FL.

Marcus Davide