# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOSEPH PIGNATELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MSP RECOVERY, INC., F/K/A LIONHEART ACQUISITION CORP. II, JOHN H. RUIZ, CALVIN HAMSTRA, RICARDO RIVERA, OPHIR STERNBERG, JAMES ANDERSON, THOMAS BYRNE, THOMAS HAWKINS, ROGER MELTZER, ALEXANDRA PLASENCIA, FRANK C. QUESADA, BEATRIZ ASSAPIMONWAIT, AND MICHAEL F. ARRIGO,<br><br>Defendants. | Case No. 1:23-cv-23224-CMA |

## NOTICE OF VOLUNTARY DISMISSAL

This action had previously been dismissed without prejudice and with leave to amend on August 24, 2023. See ECF No. 4. Plaintiff Joseph Pignatelli ("Plaintiff") hereby gives notice that he does not intend to file an amended complaint, and that for the avoidance of doubt, Plaintiff hereby voluntarily dismisses his case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 28, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
Fla. Bar. No. 0182877

> 275 Madison Avenue, 40th Floor
> New York, New York 10016
> Telephone: (212) 686-1060
> Facsimile: (212) 202-3827
> Email: lrosen@rosenlegal.com
>
> *Counsel for Plaintiff Joseph Pignatelli*