**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-23224-CIV-ALTONAGA/DAMIAN

JOSEPH PIGNATELLI,

      Plaintiff,

v.

MSP RECOVERY, INC., *et al.*,

      Defendants.

_____/

## ORDER PROVIDING INSTRUCTIONS FOR EVIDENTIARY HEARING

THIS CAUSE is before the Court on the Motion for Plaintiff's Counsel and the Rosen Law Firm to Show Cause and Provide Substantial Competent Evidence to this Court that the Plaintiff Pignatelli or Any Putative Class Member Was Not Solicited in Violation of Applicable Bar and Local Rules filed by Defendants, MSP Recovery, Inc. f/k/a Lionheart Acquisition Corp. II, John H. Ruiz, Ricardo Rivera, Alexandra Plasencia, and Frank C. Quesada (collectively, "Defendants"), on August 28, 2023 [ECF No. 5] (the "Motion"). This matter was referred to the undersigned by the Honorable Cecilia M. Altonaga, Chief United States District Judge, to take all necessary and proper action as required by law. [ECF No. 7]. *See* 28 U.S.C. § 636(b)(1)(A).

**This cause is set for an Evidentiary Hearing before the undersigned on the Motion on Wednesday, November 1, 2023, at 10:00 a.m.** *See* [ECF Nos. 10, 18]. The hearing shall be conducted in person at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida, 33128. At the hearing, the parties shall be prepared to

address all issues raised in the Motion and to present relevant evidence and testimony. It is therefore

ORDERED that no later than **close of business (5:00 p.m.) on October 25, 2023** the parties shall:

1. File and serve a notice disclosing the identity of any witness(es) they intend to present at the evidentiary hearing and a brief summary of the witness's expected testimony;

2. Identify all exhibits they intend to offer for consideration at the evidentiary hearing and provide copies to opposing counsel; and

3. File their requests to bring electronic equipment into the courtroom for use at the evidentiary hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of September, 2023.

MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Cecilia M. Altonaga, *Chief United States District Judge*
Counsel of Record