UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23224-CIV-ALTONAGA/Damian

**JOSEPH PIGNATELLI**,

    Plaintiff,

v.

**MSP RECOVERY, INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On November 1, 2023, Defendants filed a Motion for the Court to Retain Jurisdiction Pending the Outcome of Proceedings Before the Florida Bar ("Motion") [ECF No. 49]. In their filing, Defendants indicate they withdraw their previous Motion for Order to Show Cause [ECF No. 5], filed on August 28, 2023. (*See* Mot. 1–2; *see also id.* 3 (indicating Plaintiff agrees to withdrawal of Motion for Order to Show Cause)).

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Motion for Order to Show Cause that Plaintiff Pignatelli or Any Putative Class Member Was Not Solicited in Violation of Applicable Bar and Local Rules **[ECF No. 5]** is **DENIED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record